959 A.2d 297

### Daniel R. MILLER Jr., Appellant

v.

### PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Nov. 19, 2008.

## *ORDER*

PER CURIAM.

AND NOW, this 19th day of November, 2008, the *per curiam* order of the Commonwealth Court is **AFFIRMED.**